UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLAS CIMIENTOS,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM,<br><br>    Respondent. | Case No.  14-cv-00016-BLF<br><br>**ORDER RE: ANSWER TO PETITION FOR HABEAS CORPUS** |

    The Court HEREBY ORDERS Respondent to answer the petition for habeas corpus. Respondent shall serve and file its Answer, and any necessary accompanying materials, no more than sixty days from the date this Order issues. Petitioner shall have thirty days from the date of Respondent's Answer to file with this Court a Traverse.

    Requests for enlargement of time by either party must comply with the applicable Civil Local Rules.

    **IT IS SO ORDERED.**

Dated: March 24, 2015

                                                                          _____<br>
                                                                          BETH LABSON FREEMAN<br>
                                                                          United States District Judge