UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLAS CIMIENTOS,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM,<br><br>    Respondent. | Case No.  14-cv-00016-BLF<br><br>**ORDER INSTRUCTING CLERK TO MAIL COPY OF AMENDED PETITION TO RESPONDENT; ORDER RE: ANSWER TO AMENDED PETITION** |

The Court HEREBY INSTRUCTS the clerk to mail a copy of Petitioner's amended petition for habeas corpus, ECF 15, to Respondent and Respondent's counsel.

The Court FURTHER ORDERS Respondent to answer the amended petition for habeas corpus. Respondent shall serve and file his Answer, and any necessary accompanying materials, no later than July 15, 2015. Petitioner shall thereafter file a Traverse no later than August 15, 2015.

Requests for enlargement of time by either party must comply with the applicable Civil Local Rules.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
BETH LABSON FREEMAN
United States District Judge